# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1457
_____

KEDAR A. LYONS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

October 17, 2019


PER CURIAM.

   AFFIRMED.

RAY, C.J., and MAKAR and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kedar A. Lyons, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.